# United States Court of Appeals for the Federal Circuit

---

**NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, ALLIANCE FOR JUSTICE,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Cross-Appellant*

---

2019-1081, 2019-1083

---

Appeal from the United States District Court for the District of Columbia in No. 1:16-cv-00745-ESH, Judge Ellen S. Huvelle.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 6, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 28, 2020        /s/ Peter R. Marksteiner
                          Peter R. Marksteiner
                          Clerk of Court